O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MESMER, | Case No. CV 13-03841 DDP (VBKx) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| BANK UNITED; NATIONAL DEFAULT SVCG CORP., | |
| Defendants. | [Dkt. No. 5] |

Presently before the court is Defendant Bankunited, N.A.'s Motion to Dismiss. Because Plaintiff has not filed an opposition to the motion, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

///

The hearings on Defendant's motion was set for July 8, 2013. Plaintiff's opposition was therefore due by June 17, 2013. As of the date of this Order, Plaintiff has not filed an opposition to the motion or any other filing that could be construed as a request for a continuance. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.

Dated: June 19, 2013

DEAN D. PREGERSON
United States District Judge